**SHA-1 Hash:** DAC6745AF67ECC0F2333EF8729C380681E637407  **Title:** Dangerous Game
**Rights Owner:** Malibu Media, LLC

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.12.159.79 | 10/12/2012 00:36:25 | Buffalo Grove | IL | Comcast Cable | BitTorrent |
| 2 | 24.12.168.175 | 10/17/2012 04:16:37 | Orland Park | IL | Comcast Cable | BitTorrent |
| 3 | 24.14.148.244 | 10/12/2012 01:22:20 | Naperville | IL | Comcast Cable | BitTorrent |
| 4 | 24.15.131.78 | 10/09/2012 16:33:00 | Bolingbrook | IL | Comcast Cable | BitTorrent |
| 5 | 24.15.188.130 | 10/16/2012 17:04:39 | Downers Grove | IL | Comcast Cable | BitTorrent |
| 6 | 24.15.233.185 | 10/09/2012 07:41:42 | Hoffman Estates | IL | Comcast Cable | BitTorrent |
| 7 | 24.15.53.32 | 10/17/2012 19:31:41 | Highland Park | IL | Comcast Cable | BitTorrent |
| 8 | 50.129.194.9 | 10/31/2012 00:54:58 | Chicago | IL | Comcast Cable | BitTorrent |
| 9 | 50.141.168.24 | 10/19/2012 21:23:44 | Riverdale | IL | Comcast Cable | BitTorrent |
| 10 | 67.162.10.134 | 10/16/2012 00:34:54 | Barrington | IL | Comcast Cable | BitTorrent |
| 11 | 67.167.219.126 | 10/28/2012 22:25:45 | Saint Charles | IL | Comcast Cable | BitTorrent |
| 12 | 67.167.54.1 | 10/12/2012 04:07:52 | Sycamore | IL | Comcast Cable | BitTorrent |
| 13 | 67.173.175.39 | 11/12/2012 15:10:48 | Lake Zurich | IL | Comcast Cable | BitTorrent |
| 14 | 67.176.239.187 | 10/13/2012 21:08:12 | Huntley | IL | Comcast Cable | BitTorrent |
| 15 | 67.177.177.172 | 10/18/2012 22:24:37 | Freeport | IL | Comcast Cable | BitTorrent |
| 16 | 68.53.176.76 | 10/26/2012 00:25:38 | Chicago | IL | Comcast Cable | BitTorrent |
| 17 | 71.201.118.248 | 11/03/2012 05:34:11 | Woodstock | IL | Comcast Cable | BitTorrent |
| 18 | 71.239.35.126 | 11/11/2012 12:03:09 | Waukegan | IL | Comcast Cable | BitTorrent |
| 19 | 76.16.235.217 | 10/21/2012 04:56:55 | Berkeley | IL | Comcast Cable | BitTorrent |
| 20 | 76.23.68.15 | 11/07/2012 01:06:33 | Waukegan | IL | Comcast Cable | BitTorrent |
| 21 | 98.212.189.145 | 10/22/2012 03:39:49 | Des Plaines | IL | Comcast Cable | BitTorrent |
| 22 | 98.220.234.32 | 11/05/2012 18:38:43 | Evanston | IL | Comcast Cable | BitTorrent |
| 23 | 98.226.191.242 | 10/17/2012 01:36:37 | Steger | IL | Comcast Cable | BitTorrent |

EXHIBIT A

NIL30