Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| A Day to Remember | 10/22/2012 | 10/26/2012 | 10/27/2012 12:54:57 |
| Amazing Grace | 09/14/2012 | 09/19/2012 | 09/16/2012 20:06:16 |
| Anneli Dream Girl | 12/19/2011 | 01/04/2012 | 01/10/2012 23:03:39 |
| Anneli Leila Menage A Trois | 01/13/2012 | 01/17/2012 | 01/14/2012 18:09:38 |
| Backstage | 07/17/2012 | 07/18/2012 | 07/18/2012 10:20:10 |
| Black Lingerie Bliss | 09/19/2012 | 09/19/2012 | 10/11/2012 22:30:27 |
| Casual Affair | 08/01/2012 | 08/05/2012 | 08/02/2012 06:12:36 |
| Casual Sex | 10/31/2012 | 11/07/2012 | 11/01/2012 18:02:33 |
| Close to the Edge | 08/06/2012 | 08/07/2012 | 08/09/2012 18:56:01 |
| Daddys Office | 11/12/2010 | 02/21/2012 | 10/11/2012 22:27:20 |
| Dangerous Game | 10/10/2012 | 10/14/2012 | 10/12/2012 00:36:25 |
| Daydream | 10/15/2012 | 10/15/2012 | 10/21/2012 19:09:38 |
| Dream Come True | 07/13/2012 | 07/20/2012 | 07/18/2012 10:21:27 |
| First Love | 09/05/2012 | 09/25/2012 | 09/11/2012 17:16:48 |
| Flexible Beauty | 10/19/2012 | 10/26/2012 | 10/20/2012 23:52:23 |
| Foot Fetish | 06/20/2012 | 06/21/2012 | 07/31/2012 16:07:46 |
| House of the Rising Sun | 09/07/2012 | 09/19/2012 | 09/10/2012 01:03:55 |
| Ibiza Love | 10/27/2012 | 10/28/2012 | 11/01/2012 22:22:20 |
| Inspiration | 08/10/2012 | 08/14/2012 | 08/08/2012 21:37:47 |
| Like The First Time | 02/29/2012 | 02/29/2012 | 07/26/2012 13:37:35 |
| MaryJane Young Love | 08/15/2011 | 11/23/2011 | 10/21/2012 19:12:20 |
| Miss Perfect | 10/01/2012 | 10/07/2012 | 10/03/2012 17:46:00 |
| Morning Memories | 09/10/2012 | 09/19/2012 | 09/15/2012 15:28:12 |
| Morning Tryst | 07/24/2012 | 07/25/2012 | 07/29/2012 06:33:08 |
| Photo Fantasy | 09/28/2012 | 09/28/2012 | 10/07/2012 18:16:08 |
| Pink Orgasm | 07/16/2012 | 07/18/2012 | 07/18/2012 07:30:31 |
| Positively In Love | 07/04/2012 | 07/11/2012 | 08/01/2012 17:57:12 |
| Pure Grace | 07/11/2012 | 07/12/2012 | 07/16/2012 05:25:52 |
| Russian Invasion | 09/26/2012 | 09/28/2012 | 09/27/2012 08:36:25 |
| Sapphic Experience | 06/11/2012 | 06/14/2012 | 07/29/2012 00:29:25 |
| Side by Side | 09/03/2012 | 09/19/2012 | 09/09/2012 01:32:19 |
| Silvie Eufrat Strip Poker | 02/06/2012 | 02/17/2012 | 02/22/2012 00:38:37 |
| Starting Over | 08/27/2012 | 09/10/2012 | 09/03/2012 14:28:30 |
| Strawberry Blonde | 06/22/2012 | 06/25/2012 | 08/01/2012 02:40:48 |
| The Art of Anal Sex | 04/25/2011 | 02/21/2012 | 08/25/2012 21:47:01 |
| The Masseuse | 11/25/2012 | 03/08/2012 | 08/09/2012 12:43:00 |
| The Rich Girl Part #2 | 11/16/2011 | 11/30/2011 | 01/01/2012 09:23:40 |
| Three for the Show | 09/24/2012 | 09/28/2012 | 09/27/2012 08:35:58 |
| Threes Company | 08/17/2012 | 08/15/2012 | 08/25/2012 00:20:32 |
| Unbelievably Beautiful | 08/24/2012 | 09/10/2012 | 08/25/2012 21:43:14 |
| Wet Dream | 07/20/2012 | 07/20/2012 | 07/29/2012 16:07:39 |
| WInfringemente Hot | 08/02/2012 | 08/05/2012 | 08/07/2012 20:51:50 |
| Yoga in the Sky | 06/27/2012 | 06/29/2012 | 07/16/2012 05:24:23 |
| Young and Hot | 06/06/2012 | 06/08/2012 | 07/16/2012 22:27:57 |
| Young Passion | 10/17/2012 | 10/26/2012 | 10/21/2012 19:21:05 |

**Total Statutory Copyright Infringements for Doe #1:  45**

EXHIBIT B

NIL30

Doe #2

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Amazing Grace 09:25:54 | 09/14/2012 | 09/19/2012 | 10/17/2012 |
| Dangerous Game 04:16:37 | 10/10/2012 | 10/14/2012 | 10/17/2012 |
| Daydream 21:11:32 | 10/15/2012 | 10/15/2012 | 11/11/2012 |
| Evening at Home Part #2 14:35:00 | 04/04/2012 | 04/04/2012 | 09/25/2012 |
| Farewell 14:04:46 | 08/03/2012 | 08/07/2012 | 10/17/2012 |
| First Love 20:43:33 | 09/05/2012 | 09/25/2012 | 10/17/2012 |
| Ibiza Love 20:39:26 | 10/27/2012 | 10/28/2012 | 11/11/2012 |
| Morning Memories 20:25:14 | 09/10/2012 | 09/19/2012 | 10/17/2012 |
| Morning Tryst 20:36:44 | 07/24/2012 | 07/25/2012 | 10/17/2012 |
| Red Hot 09:28:01 | 10/12/2012 | 10/14/2012 | 10/17/2012 |
| Soul Mates 21:10:55 | 11/07/2012 | 11/15/2012 | 11/11/2012 |
| Strawberry Blonde 14:39:00 | 06/22/2012 | 06/25/2012 | 09/25/2012 |
| Three for the Show 21:11:54 | 09/24/2012 | 09/28/2012 | 11/11/2012 |
| Tiffany Teenagers in Love 20:40:20 | 12/29/2010 | 11/20/2011 | 11/11/2012 |
| Unbelievably Beautiful 10:46:23 | 08/24/2012 | 09/10/2012 | 10/17/2012 |
| Young and Hot 10:49:33 | 06/06/2012 | 06/08/2012 | 10/17/2012 |

**Total Statutory Copyright Infringements for Doe #2:  16**

EXHIBIT B

NIL30

Doe #3

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| A Day to Remember<br>00:46:21 | 10/22/2012 | 10/26/2012 | 10/26/2012 |
| Black Lingerie Bliss<br>23:41:40 | 09/19/2012 | 09/19/2012 | 09/19/2012 |
| Blonde Ambition<br>16:57:51 | 03/05/2012 | 03/06/2012 | 09/08/2012 |
| Classic Beauty<br>04:39:57 | 09/11/2012 | 09/19/2012 | 09/14/2012 |
| Dangerous Game<br>01:22:20 | 10/10/2012 | 10/14/2012 | 10/12/2012 |
| Flexible Beauty<br>02:37:01 | 10/19/2012 | 10/26/2012 | 10/22/2012 |
| Ibiza Love<br>01:36:29 | 10/27/2012 | 10/28/2012 | 10/30/2012 |
| Lunchtime Fantasy<br>05:49:05 | 03/19/2012 | 03/19/2012 | 09/08/2012 |
| On My Own<br>22:19:04 | 06/04/2012 | 06/08/2012 | 09/09/2012 |
| Paradise Found<br>07:31:52 | 03/25/2012 | 03/26/2012 | 09/08/2012 |
| Photo Fantasy<br>02:10:27 | 09/28/2012 | 09/28/2012 | 10/01/2012 |
| Pretty Back Door Baby<br>03:22:21 | 05/08/2012 | 05/10/2012 | 09/07/2012 |
| Pure Passion<br>01:28:39 | 06/03/2011 | 03/10/2012 | 09/09/2012 |
| Russian Invasion<br>02:01:13 | 09/26/2012 | 09/28/2012 | 09/27/2012 |
| Silver Bullets<br>13:46:57 | 05/13/2012 | 05/16/2012 | 09/09/2012 |
| Silvie Centerfold<br>13:45:55 | 01/23/2012 | 02/03/2012 | 09/09/2012 |
| Soul Mates<br>03:45:46 | 11/07/2012 | 11/15/2012 | 11/06/2012 |
| Still With Me<br>02:58:42 | 11/02/2012 | 11/07/2012 | 11/06/2012 |
| Three for the Show<br>03:39:38 | 09/24/2012 | 09/28/2012 | 09/27/2012 |
| Underwater Lover<br>23:30:51 | 09/17/2012 | 09/20/2012 | 09/19/2012 |

EXHIBIT B

| | | | |
|---|---|---|---|
| Wet Dream 23:01:18 | 07/20/2012 | 07/20/2012 | 10/03/2012 |
| Wild Things 00:29:00 | 10/05/2012 | 10/07/2012 | 10/08/2012 |
| Young and Hot 01:13:58 | 06/06/2012 | 06/08/2012 | 09/07/2012 |
| Young Passion 02:56:07 | 10/17/2012 | 10/26/2012 | 10/22/2012 |

**Total Statutory Copyright Infringements for Doe #3: 24**

EXHIBIT B

Doe #4

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Amazing Grace 06:20:41 | 09/14/2012 | 09/19/2012 | 09/22/2012 |
| Angel Afternoon Delight 01:12:13 | 02/20/2012 | 02/21/2012 | 02/23/2012 |
| Backstage 14:39:56 | 07/17/2012 | 07/18/2012 | 08/26/2012 |
| Black Lingerie Bliss 01:38:50 | 09/19/2012 | 09/19/2012 | 09/29/2012 |
| Constance Aaron X–Art on TV 10:28:55 | 12/02/2011 | 01/17/2012 | 08/27/2012 |
| Dangerous Game 16:33:00 | 10/10/2012 | 10/14/2012 | 10/09/2012 |
| Foot Fetish 08:57:17 | 06/20/2012 | 06/21/2012 | 08/27/2012 |
| Fucking Perfection 11:05:53 | 06/24/2011 | 05/11/2012 | 08/27/2012 |
| Happy Couple 04:05:22 | 06/25/2012 | 06/25/2012 | 11/03/2012 |
| Little Lover 10:09:41 | 04/30/2012 | 05/02/2012 | 08/27/2012 |
| Lovers in Paradise 12:10:02 | 12/30/2011 | 03/10/2012 | 11/07/2012 |
| Morning Tryst 14:55:15 | 07/24/2012 | 07/25/2012 | 08/26/2012 |
| One Night Stand 03:54:59 | 05/02/2012 | 05/02/2012 | 08/27/2012 |
| Photo Fantasy 01:53:04 | 09/28/2012 | 09/28/2012 | 09/29/2012 |
| Positively In Love 03:08:24 | 07/04/2012 | 07/11/2012 | 08/27/2012 |
| Pretty Back Door Baby 10:33:30 | 05/08/2012 | 05/10/2012 | 08/27/2012 |
| Pure Grace 06:49:29 | 07/11/2012 | 07/12/2012 | 08/27/2012 |
| Romantic Memories 12:21:41 | 05/16/2012 | 05/16/2012 | 11/07/2012 |
| Side by Side 17:30:44 | 09/03/2012 | 09/19/2012 | 09/01/2012 |
| Silvie Eufrat Strip Poker 01:02:48 | 02/06/2012 | 02/17/2012 | 02/23/2012 |

EXHIBIT B

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Slow Motion 06:50:16 | 04/22/2012 | 04/23/2012 | 08/27/2012 |
| The Art of Anal Sex 14:37:21 | 04/25/2011 | 02/21/2012 | 08/26/2012 |
| Three for the Show 03:00:36 | 09/24/2012 | 09/28/2012 | 09/29/2012 |
| Threes Company 05:27:06 | 08/17/2012 | 08/15/2012 | 08/25/2012 |
| Transcendence 11:41:58 | 07/30/2012 | 07/31/2012 | 08/27/2012 |
| Wild Things 23:20:29 | 10/05/2012 | 10/07/2012 | 10/07/2012 |
| Yoga in the Sky 03:06:21 | 06/27/2012 | 06/29/2012 | 08/27/2012 |
| Young and Hot 10:08:07 | 06/06/2012 | 06/08/2012 | 08/27/2012 |

**Total Statutory Copyright Infringements for Doe #4:  28**

Doe #5

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Black Lingerie Bliss 19:38:57 | 09/19/2012 | 09/19/2012 | 09/21/2012 |
| Dangerous Game 17:04:39 | 10/10/2012 | 10/14/2012 | 10/16/2012 |
| Fucking Perfection 22:04:15 | 06/24/2011 | 05/11/2012 | 09/11/2012 |
| Lunchtime Fantasy 22:38:20 | 03/19/2012 | 03/19/2012 | 09/11/2012 |
| Tiffany Sex With A Supermodel 10:49:29 | 02/23/2011 | 11/21/2011 | 09/11/2012 |

**Total Statutory Copyright Infringements for Doe #5:  5**

EXHIBIT B

Doe #6

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Angel Afternoon Delight 04:53:50 | 02/20/2012 | 02/21/2012 | 02/25/2012 |
| Angie VIP Lounge 07:03:21 | 11/28/2011 | 01/17/2012 | 03/29/2012 |
| Black Lingerie Bliss 15:33:55 | 09/19/2012 | 09/19/2012 | 10/09/2012 |
| California Dreams 07:12:16 | 03/12/2012 | 03/12/2012 | 03/29/2012 |
| Casual Affair 21:38:55 | 08/01/2012 | 08/05/2012 | 10/23/2012 |
| Connie True Love 03:24:25 | 02/08/2012 | 02/17/2012 | 05/28/2012 |
| Constance Aaron X–Art on TV 19:10:40 | 12/02/2011 | 01/17/2012 | 10/05/2012 |
| Dangerous Game 07:41:42 | 10/10/2012 | 10/14/2012 | 10/09/2012 |
| Evening at Home 16:02:59 | 03/21/2012 | 03/22/2012 | 03/26/2012 |
| Evening at Home Part #2 21:40:14 | 04/04/2012 | 04/04/2012 | 10/23/2012 |
| Good Vibrations 17:29:08 | 07/02/2012 | 07/09/2012 | 07/04/2012 |
| Happy Couple 17:29:35 | 06/25/2012 | 06/25/2012 | 10/31/2012 |
| Heavenly Brunettes 01:38:05 | 03/07/2012 | 03/14/2012 | 08/31/2012 |
| Just the Two of Us 14:27:55 | 11/18/2011 | 03/18/2012 | 05/15/2012 |
| LA Love 17:03:41 | 03/22/2010 | 05/23/2012 | 05/23/2012 |
| Leila Faye Awesome Threesome 19:06:42 | 02/02/2011 | 02/21/2012 | 10/05/2012 |
| Like The First Time 07:14:54 | 02/29/2012 | 02/29/2012 | 03/29/2012 |
| Lunchtime Fantasy 16:02:18 | 03/19/2012 | 03/19/2012 | 03/26/2012 |
| Paradise Found 16:03:17 | 03/25/2012 | 03/26/2012 | 03/26/2012 |
| Perfect Girls 07:12:09 | 03/28/2012 | 03/28/2012 | 03/29/2012 |

EXHIBIT B

NIL30

| | | | |
|---|---|---|---|
| Perfect Lovers 04:41:34 | 07/20/2011 | 04/09/2012 | 08/26/2012 |
| Photo Fantasy 19:31:14 | 09/28/2012 | 09/28/2012 | 10/05/2012 |
| Pretty Back Door Baby 18:08:33 | 05/08/2012 | 05/10/2012 | 05/15/2012 |
| Red Hot Summer 00:11:21 | 09/23/2011 | 03/10/2012 | 09/28/2012 |
| Romantic Memories 21:49:46 | 05/16/2012 | 05/16/2012 | 10/23/2012 |
| Silvie Eufrat Strip Poker 03:43:03 | 02/06/2012 | 02/17/2012 | 02/25/2012 |
| Slow Motion 15:12:16 | 04/22/2012 | 04/23/2012 | 05/15/2012 |
| Tiffany Sex With A Supermodel 08:25:59 | 02/23/2011 | 11/21/2011 | 05/29/2012 |
| Transcendence 04:31:07 | 07/30/2012 | 07/31/2012 | 08/26/2012 |
| Veronica Wet Orgasm 21:01:59 | 10/05/2011 | 11/23/2011 | 05/05/2012 |
| Wet Dream 05:27:06 | 07/20/2012 | 07/20/2012 | 08/26/2012 |
| Wild Things 19:08:23 | 10/05/2012 | 10/07/2012 | 10/05/2012 |

**Total Statutory Copyright Infringements for Doe #6:  32**

EXHIBIT B

NIL30

Doe #7

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Angel Afternoon Delight<br>16:35:34 | 02/20/2012 | 02/21/2012 | 07/02/2012 |
| Blonde Ambition<br>23:43:51 | 03/05/2012 | 03/06/2012 | 03/19/2012 |
| California Dreams<br>21:08:03 | 03/12/2012 | 03/12/2012 | 03/23/2012 |
| Carmen Leila Christmas Vacation<br>16:33:25 | 12/16/2011 | 01/17/2012 | 07/02/2012 |
| Close to the Edge<br>19:05:45 | 08/06/2012 | 08/07/2012 | 08/14/2012 |
| Coucher Avec une Autre Fille<br>19:59:09 | 08/13/2012 | 08/14/2012 | 10/12/2012 |
| Dangerous Game<br>19:31:41 | 10/10/2012 | 10/14/2012 | 10/17/2012 |
| Evening at Home Part #2<br>16:28:03 | 04/04/2012 | 04/04/2012 | 06/02/2012 |
| First Love<br>19:13:15 | 09/05/2012 | 09/25/2012 | 09/20/2012 |
| Flexible Beauty<br>02:34:38 | 10/19/2012 | 10/26/2012 | 10/25/2012 |
| Girls Night Out<br>13:05:06 | 11/14/2011 | 11/23/2011 | 02/08/2012 |
| Introducing Diana<br>16:30:59 | 05/11/2012 | 05/11/2012 | 06/02/2012 |
| Kristen Girl Next Door<br>18:05:39 | 08/25/2010 | 11/18/2011 | 10/29/2012 |
| Leila Last Night<br>07:20:09 | 02/01/2012 | 02/17/2012 | 02/10/2012 |
| Lunchtime Fantasy<br>22:02:23 | 03/19/2012 | 03/19/2012 | 04/28/2012 |
| MaryJane Young Love<br>19:13:03 | 08/15/2011 | 11/23/2011 | 08/01/2012 |
| On My Own<br>21:59:48 | 06/04/2012 | 06/08/2012 | 07/04/2012 |
| Photo Fantasy<br>19:57:43 | 09/28/2012 | 09/28/2012 | 10/12/2012 |
| Side by Side<br>19:28:10 | 09/03/2012 | 09/19/2012 | 10/04/2012 |
| Soul Mates<br>16:33:30 | 11/07/2012 | 11/15/2012 | 11/11/2012 |

EXHIBIT B

| | | | |
|---|---|---|---|
| Threes Company 17:23:15 | 08/17/2012 | 08/15/2012 | 08/20/2012 |
| Unbelievably Beautiful 19:58:37 | 08/24/2012 | 09/10/2012 | 10/12/2012 |
| Underwater Lover 19:10:42 | 09/17/2012 | 09/20/2012 | 09/20/2012 |
| Wild at Heart 18:32:02 | 04/08/2012 | 04/09/2012 | 06/26/2012 |
| Yoga in the Sky 21:58:03 | 06/27/2012 | 06/29/2012 | 07/04/2012 |
| Young Passion 00:15:17 | 10/17/2012 | 10/26/2012 | 11/13/2012 |

**Total Statutory Copyright Infringements for Doe #7: 26**

EXHIBIT B

Doe #8

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Angel Afternoon Delight<br>23:50:34 | 02/20/2012 | 02/21/2012 | 03/03/2012 |
| Anneli Leila Menage A Trois<br>05:47:58 | 01/13/2012 | 01/17/2012 | 01/21/2012 |
| Backstage<br>09:36:55 | 07/17/2012 | 07/18/2012 | 07/23/2012 |
| California Dreams<br>02:56:35 | 03/12/2012 | 03/12/2012 | 03/26/2012 |
| Carmen Poolside Striptease<br>00:18:28 | 01/09/2012 | 01/17/2012 | 01/20/2012 |
| Coucher Avec une Autre Fille<br>23:16:32 | 08/13/2012 | 08/14/2012 | 08/17/2012 |
| Dangerous Game<br>00:54:58 | 10/10/2012 | 10/14/2012 | 10/31/2012 |
| Happy Couple<br>23:20:19 | 06/25/2012 | 06/25/2012 | 07/27/2012 |
| Ibiza Love<br>01:49:35 | 10/27/2012 | 10/28/2012 | 10/31/2012 |
| Leila Last Night<br>23:17:14 | 02/01/2012 | 02/17/2012 | 07/27/2012 |
| Like The First Time<br>06:46:09 | 02/29/2012 | 02/29/2012 | 03/04/2012 |
| Little Lover<br>23:18:43 | 04/30/2012 | 05/02/2012 | 07/27/2012 |
| Lunchtime Fantasy<br>02:50:36 | 03/19/2012 | 03/19/2012 | 03/26/2012 |
| Morning Tryst<br>23:18:17 | 07/24/2012 | 07/25/2012 | 07/27/2012 |
| Romantic Memories<br>02:55:31 | 05/16/2012 | 05/16/2012 | 05/17/2012 |
| Side by Side<br>15:44:53 | 09/03/2012 | 09/19/2012 | 09/02/2012 |
| Slow Motion<br>17:05:07 | 04/22/2012 | 04/23/2012 | 07/28/2012 |
| Sneak N Peek<br>07:03:25 | 06/01/2012 | 06/01/2012 | 07/29/2012 |
| Still With Me<br>04:30:49 | 11/02/2012 | 11/07/2012 | 11/09/2012 |
| Three for the Show<br>02:11:38 | 09/24/2012 | 09/28/2012 | 10/03/2012 |

EXHIBIT B

| Threes Company 10:42:36 | 08/17/2012 | 08/15/2012 | 08/27/2012 |
| Wet Dream 17:08:15 | 07/20/2012 | 07/20/2012 | 07/28/2012 |
| Yoga in the Sky 23:20:49 | 06/27/2012 | 06/29/2012 | 07/27/2012 |
| Young and Hot 03:23:45 | 06/06/2012 | 06/08/2012 | 07/23/2012 |

**Total Statutory Copyright Infringements for Doe #8:  24**


Doe #9

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| A Day to Remember 10:36:07 | 10/22/2012 | 10/26/2012 | 10/26/2012 |
| Black Lingerie Bliss 01:42:25 | 09/19/2012 | 09/19/2012 | 09/25/2012 |
| Dangerous Game 21:23:44 | 10/10/2012 | 10/14/2012 | 10/19/2012 |
| Foot Fetish 16:08:18 | 06/20/2012 | 06/21/2012 | 06/22/2012 |
| LA Love 21:28:50 | 03/22/2010 | 05/23/2012 | 08/01/2012 |
| Morning Memories 03:20:44 | 09/10/2012 | 09/19/2012 | 09/11/2012 |
| Pure Grace 17:56:40 | 07/11/2012 | 07/12/2012 | 08/10/2012 |
| Young and Hot 02:24:37 | 06/06/2012 | 06/08/2012 | 06/11/2012 |
| Young Passion 00:35:35 | 10/17/2012 | 10/26/2012 | 10/22/2012 |

**Total Statutory Copyright Infringements for Doe #9:  9**


EXHIBIT B

NIL30

Doe #10

| Title | Date First Pub | Infringement Date | Regis Date |
|-------|----------------|-------------------|------------|
| Black Lingerie Bliss 01:50:55 | 09/19/2012 | 09/19/2012 | 09/26/2012 |
| Dangerous Game 00:34:54 | 10/10/2012 | 10/14/2012 | 10/16/2012 |
| Threes Company 18:45:12 | 08/17/2012 | 08/15/2012 | 08/22/2012 |
| Unbelievably Beautiful 07:50:47 | 08/24/2012 | 09/10/2012 | 08/29/2012 |

**Total Statutory Copyright Infringements for Doe #10:  4**

EXHIBIT B

NIL30

Doe #11

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| A Day to Remember<br>04:21:30 | 10/22/2012 | 10/26/2012 | 11/06/2012 |
| After Hours<br>00:34:35 | 11/21/2011 | 03/10/2012 | 08/28/2012 |
| Being Me<br>19:49:32 | 08/15/2012 | 08/21/2012 | 08/26/2012 |
| Carla Intimate<br>15:38:25 | 02/24/2012 | 02/27/2012 | 08/28/2012 |
| Casual Sex<br>16:40:59 | 10/31/2012 | 11/07/2012 | 11/07/2012 |
| Close to the Edge<br>19:46:35 | 08/06/2012 | 08/07/2012 | 08/26/2012 |
| Come To My Window<br>18:46:21 | 07/27/2012 | 07/31/2012 | 09/22/2012 |
| Constance Aaron X–Art on TV<br>20:44:10 | 12/02/2011 | 01/17/2012 | 08/26/2012 |
| Dangerous Game<br>22:25:45 | 10/10/2012 | 10/14/2012 | 10/28/2012 |
| Daydream<br>23:02:26 | 10/15/2012 | 10/15/2012 | 10/31/2012 |
| Dream Come True<br>00:38:54 | 07/13/2012 | 07/20/2012 | 08/28/2012 |
| Evening at Home Part #2<br>18:23:00 | 04/04/2012 | 04/04/2012 | 08/27/2012 |
| Farewell<br>19:41:48 | 08/03/2012 | 08/07/2012 | 08/26/2012 |
| First Love<br>19:03:57 | 09/05/2012 | 09/25/2012 | 10/19/2012 |
| Happy Couple<br>21:00:21 | 06/25/2012 | 06/25/2012 | 09/11/2012 |
| Heavenly Brunettes<br>11:26:45 | 03/07/2012 | 03/14/2012 | 09/18/2012 |
| Introducing Veronika<br>17:56:10 | 02/17/2012 | 02/21/2012 | 10/07/2012 |
| Jennifer Naughty Angel<br>18:18:20 | 11/05/2010 | 02/21/2012 | 08/27/2012 |
| LA Love<br>14:09:53 | 03/22/2010 | 05/23/2012 | 09/18/2012 |
| Leila Last Night<br>07:36:15 | 02/01/2012 | 02/17/2012 | 09/15/2012 |

EXHIBIT B

| | | | |
|---|---|---|---|
| Like a Dove 14:09:36 | 05/23/2012 | 05/23/2012 | 09/18/2012 |
| Like The First Time 12:09:26 | 02/29/2012 | 02/29/2012 | 09/18/2012 |
| Little Lover 11:59:54 | 04/30/2012 | 05/02/2012 | 08/27/2012 |
| Lovers in Paradise 21:15:54 | 12/30/2011 | 03/10/2012 | 09/11/2012 |
| Lunchtime Fantasy 21:02:24 | 03/19/2012 | 03/19/2012 | 09/11/2012 |
| Morning Tryst 17:45:39 | 07/24/2012 | 07/25/2012 | 10/18/2012 |
| Perfect Together 17:13:21 | 08/29/2012 | 09/19/2012 | 10/22/2012 |
| Pink Orgasm 17:33:33 | 07/16/2012 | 07/18/2012 | 11/03/2012 |
| Positively In Love 19:44:46 | 07/04/2012 | 07/11/2012 | 08/26/2012 |
| Pretty Back Door Baby 08:22:57 | 05/08/2012 | 05/10/2012 | 08/28/2012 |
| Private Time 19:46:45 | 07/31/2012 | 08/21/2012 | 08/26/2012 |
| Pure Grace 23:21:40 | 07/11/2012 | 07/12/2012 | 08/30/2012 |
| Pure Passion 22:12:41 | 06/03/2011 | 03/10/2012 | 11/05/2012 |
| Roommates 08:16:43 | 04/10/2012 | 04/11/2012 | 08/28/2012 |
| Sapphic Experience 03:12:14 | 06/11/2012 | 06/14/2012 | 09/07/2012 |
| Starting Over 22:21:58 | 08/27/2012 | 09/10/2012 | 10/17/2012 |
| The Masseuse 20:49:14 | 11/25/2011 | 03/08/2012 | 09/06/2012 |
| The Rich Girl Part #1 00:38:45 | 11/02/2011 | 03/10/2012 | 08/28/2012 |
| The Rich Girl Part #2 18:24:57 | 11/16/2011 | 11/30/2011 | 08/27/2012 |
| Tiffany Teenagers in Love 21:03:07 | 12/29/2010 | 11/20/2011 | 09/11/2012 |
| Veronika Coming Home 20:44:02 | 01/25/2012 | 02/03/2012 | 08/26/2012 |
| Wet Dream 02:59:42 | 07/20/2012 | 07/20/2012 | 08/27/2012 |

EXHIBIT B

NIL30

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| WInfringemente Hot 22:24:20 | 08/02/2012 | 08/05/2012 | 10/17/2012 |
| Wild at Heart 02:57:52 | 04/08/2012 | 04/09/2012 | 09/17/2012 |
| Young and Hot 21:00:33 | 06/06/2012 | 06/08/2012 | 09/11/2012 |
| Young Passion 18:16:12 | 10/17/2012 | 10/26/2012 | 10/30/2012 |

**Total Statutory Copyright Infringements for Doe #11: 46**

Doe #12

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Black Lingerie Bliss 17:19:56 | 09/19/2012 | 09/19/2012 | 09/25/2012 |
| California Dreams 08:22:30 | 03/12/2012 | 03/12/2012 | 07/09/2012 |
| Dangerous Game 04:07:52 | 10/10/2012 | 10/14/2012 | 10/12/2012 |
| Morning Memories 00:56:55 | 09/10/2012 | 09/19/2012 | 09/11/2012 |
| Silvie Eufrat Strip Poker 05:03:45 | 02/06/2012 | 02/17/2012 | 03/11/2012 |

**Total Statutory Copyright Infringements for Doe #12: 5**

EXHIBIT B

Doe #13

| Title | Date First Pub Infringement Date | | Regis Date |
|-------|--------------|------------|------------|
| Casual Sex 15:11:30 | 10/31/2012 | 11/07/2012 | 11/12/2012 |
| Dangerous Game 15:10:48 | 10/10/2012 | 10/14/2012 | 11/12/2012 |
| Red Hot 21:46:28 | 10/12/2012 | 10/14/2012 | 11/12/2012 |
| Soul Mates 15:09:45 | 11/07/2012 | 11/15/2012 | 11/12/2012 |
| Still With Me 15:11:29 | 11/02/2012 | 11/07/2012 | 11/12/2012 |
| The Foursome 09:32:03 | 09/15/2011 | 03/10/2012 | 11/13/2012 |
| Underwater Lover 21:13:47 | 09/17/2012 | 09/20/2012 | 11/12/2012 |
| Young Passion 09:24:36 | 10/17/2012 | 10/26/2012 | 11/13/2012 |

**Total Statutory Copyright Infringements for Doe #13:  8**

EXHIBIT B

NIL30

Doe #14

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Being Me<br>03:35:22 | 08/15/2012 | 08/21/2012 | 10/14/2012 |
| Dangerous Game<br>21:08:12 | 10/10/2012 | 10/14/2012 | 10/13/2012 |
| First Love<br>18:27:40 | 09/05/2012 | 09/25/2012 | 09/11/2012 |
| Morning Memories<br>18:04:08 | 09/10/2012 | 09/19/2012 | 09/11/2012 |
| My Best Friends Boyfriend<br>10:08:54 | 03/28/2011 | 05/11/2012 | 11/09/2012 |
| Perfect Lovers<br>22:40:01 | 07/20/2011 | 04/09/2012 | 09/15/2012 |
| Red Hot<br>02:39:16 | 10/12/2012 | 10/14/2012 | 10/14/2012 |
| The Art of Anal Sex<br>01:21:42 | 04/25/2011 | 02/21/2012 | 09/17/2012 |
| Young and Hot<br>22:44:50 | 06/06/2012 | 06/08/2012 | 09/15/2012 |

**Total Statutory Copyright Infringements for Doe #14:  9**

EXHIBIT B

Doe #15

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Anneli Dream Girl<br>03:27:44 | 12/19/2011 | 01/04/2012 | 04/24/2012 |
| Connie True Love<br>04:44:29 | 02/08/2012 | 02/17/2012 | 04/24/2012 |
| Dangerous Game<br>22:24:37 | 10/10/2012 | 10/14/2012 | 10/18/2012 |
| Little Lover<br>03:50:49 | 04/30/2012 | 05/02/2012 | 05/05/2012 |
| Lunchtime Fantasy<br>04:59:54 | 03/19/2012 | 03/19/2012 | 04/24/2012 |
| Show You My Love<br>04:01:19 | 02/16/2011 | 04/14/2012 | 10/20/2012 |
| Strawberry Blonde<br>03:34:22 | 06/22/2012 | 06/25/2012 | 07/05/2012 |
| Veronica Wet Orgasm<br>02:55:19 | 10/05/2011 | 11/23/2011 | 04/24/2012 |

**Total Statutory Copyright Infringements for Doe #15:  8**

EXHIBIT B

NIL30

Doe #16

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Black Lingerie Bliss 00:59:09 | 09/19/2012 | 09/19/2012 | 10/04/2012 |
| Come To My Window 00:03:05 | 07/27/2012 | 07/31/2012 | 07/28/2012 |
| Coucher Avec une Autre Fille 23:52:58 | 08/13/2012 | 08/14/2012 | 08/27/2012 |
| Dangerous Game 00:25:38 | 10/10/2012 | 10/14/2012 | 10/26/2012 |
| Farewell 02:06:43 | 08/03/2012 | 08/07/2012 | 08/10/2012 |
| Grace Angelic 00:40:31 | 07/09/2012 | 07/11/2012 | 07/27/2012 |
| Miss Perfect 00:36:21 | 10/01/2012 | 10/07/2012 | 10/17/2012 |
| On My Own 00:45:38 | 06/04/2012 | 06/08/2012 | 07/27/2012 |
| Private Time 01:12:27 | 07/31/2012 | 08/21/2012 | 08/30/2012 |
| Russian Invasion 02:39:29 | 09/26/2012 | 09/28/2012 | 09/28/2012 |
| Still With Me 01:22:13 | 11/02/2012 | 11/07/2012 | 11/06/2012 |
| Sunday Afternoon 00:16:37 | 07/06/2012 | 07/11/2012 | 07/27/2012 |
| The Rich Girl Part #2 00:11:51 | 11/16/2011 | 11/30/2011 | 07/27/2012 |
| WInfringemente Hot 18:26:40 | 08/02/2012 | 08/05/2012 | 08/04/2012 |
| Young and Hot 18:22:56 | 06/06/2012 | 06/08/2012 | 08/04/2012 |

**Total Statutory Copyright Infringements for Doe #16: 15**

EXHIBIT B

Doe #17

| Title | Date First Pub | Infringement Date | Regis Date |
|-------|----------------|-------------------|------------|
| Casual Affair 01:03:38 | 08/01/2012 | 08/05/2012 | 08/02/2012 |
| Close to the Edge 18:44:11 | 08/06/2012 | 08/07/2012 | 08/11/2012 |
| Dangerous Game 05:34:11 | 10/10/2012 | 10/14/2012 | 11/03/2012 |
| Introducing Diana 03:39:30 | 05/11/2012 | 05/11/2012 | 05/30/2012 |
| LA Love 03:44:46 | 03/22/2010 | 05/23/2012 | 05/30/2012 |
| Lovely Lovers 05:13:56 | 04/18/2012 | 04/18/2012 | 04/19/2012 |
| Morning Tryst 01:14:07 | 07/24/2012 | 07/25/2012 | 08/02/2012 |
| On My Own 05:09:04 | 06/04/2012 | 06/08/2012 | 06/06/2012 |
| Sneak N Peek 02:40:48 | 06/01/2012 | 06/01/2012 | 06/06/2012 |
| Still With Me 03:49:37 | 11/02/2012 | 11/07/2012 | 11/03/2012 |
| Veronica Wet Orgasm 03:24:24 | 10/05/2011 | 11/23/2011 | 05/30/2012 |
| Young Passion 05:39:35 | 10/17/2012 | 10/26/2012 | 11/03/2012 |

**Total Statutory Copyright Infringements for Doe #17:  12**

EXHIBIT B

Doe #18

| Title | Date First Pub<br>Infringement Date | | Regis Date |
|---|---|---|---|
| Carla Intimate<br>21:01:20 | 02/24/2012 | 02/27/2012 | 03/03/2012 |
| Casual Sex<br>03:20:40 | 10/31/2012 | 11/07/2012 | 11/12/2012 |
| Dangerous Game<br>12:03:09 | 10/10/2012 | 10/14/2012 | 11/11/2012 |
| Ibiza Love<br>10:48:20 | 10/27/2012 | 10/28/2012 | 11/13/2012 |
| Like The First Time<br>01:49:24 | 02/29/2012 | 02/29/2012 | 03/09/2012 |
| Pretty Back Door Baby<br>10:25:30 | 05/08/2012 | 05/10/2012 | 07/01/2012 |
| Still With Me<br>12:06:54 | 11/02/2012 | 11/07/2012 | 11/12/2012 |
| Young Passion<br>21:21:24 | 10/17/2012 | 10/26/2012 | 11/12/2012 |

**Total Statutory Copyright Infringements for Doe #18: 8**

EXHIBIT B

Doe #19

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| Dangerous Game 04:56:55 | 10/10/2012 | 10/14/2012 | 10/21/2012 |
| First Love 02:50:57 | 09/05/2012 | 09/25/2012 | 10/14/2012 |
| Just Married 01:26:59 | 07/06/2011 | 03/10/2012 | 11/06/2012 |
| Soul Mates 04:01:51 | 11/07/2012 | 11/15/2012 | 11/07/2012 |
| Starting Over 06:51:38 | 08/27/2012 | 09/10/2012 | 08/30/2012 |
| Still With Me 01:14:04 | 11/02/2012 | 11/07/2012 | 11/06/2012 |
| Unbelievably Beautiful 08:58:57 | 08/24/2012 | 09/10/2012 | 09/01/2012 |
| Wild Things 04:50:04 | 10/05/2012 | 10/07/2012 | 10/21/2012 |
| Young Passion 01:51:46 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Statutory Copyright Infringements for Doe #19:  9**

EXHIBIT B

NIL30

Doe #20

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| After Hours<br>05:19:23 | 11/21/2011 | 03/10/2012 | 11/13/2012 |
| Black Lingerie Bliss<br>06:52:26 | 09/19/2012 | 09/19/2012 | 10/26/2012 |
| Dangerous Game<br>01:06:33 | 10/10/2012 | 10/14/2012 | 11/07/2012 |
| Red Hot<br>19:01:37 | 10/12/2012 | 10/14/2012 | 11/06/2012 |
| The Rich Girl Part #2<br>20:53:43 | 11/16/2011 | 11/30/2011 | 10/15/2012 |
| Transcendence<br>01:43:24 | 07/30/2012 | 07/31/2012 | 11/07/2012 |
| Wild Things<br>02:56:18 | 10/05/2012 | 10/07/2012 | 10/16/2012 |

**Total Statutory Copyright Infringements for Doe #20:  7**

EXHIBIT B

Doe #21

| Title | Date First Pub | Infringement Date | Regis Date |
|---|---|---|---|
| California Dreams 22:20:51 | 03/12/2012 | 03/12/2012 | 06/12/2012 |
| Dangerous Game 03:39:49 | 10/10/2012 | 10/14/2012 | 10/22/2012 |
| Introducing Kaylee 03:10:09 | 04/01/2012 | 04/03/2012 | 05/05/2012 |
| Little Lover 22:21:04 | 04/30/2012 | 05/02/2012 | 06/12/2012 |
| Lunchtime Fantasy 16:12:25 | 03/19/2012 | 03/19/2012 | 04/18/2012 |
| Morning Memories 22:25:49 | 09/10/2012 | 09/19/2012 | 09/18/2012 |
| Photo Fantasy 05:07:38 | 09/28/2012 | 09/28/2012 | 11/02/2012 |
| Pretty Back Door Baby 21:51:00 | 05/08/2012 | 05/10/2012 | 06/23/2012 |
| Romantic Memories 13:50:13 | 05/16/2012 | 05/16/2012 | 06/23/2012 |
| Russian Invasion 00:37:25 | 09/26/2012 | 09/28/2012 | 09/29/2012 |
| Sapphic Experience 23:01:18 | 06/11/2012 | 06/14/2012 | 06/23/2012 |
| Silvie Eufrat Strip Poker 03:11:42 | 02/06/2012 | 02/17/2012 | 05/05/2012 |
| Sneak N Peek 21:56:13 | 06/01/2012 | 06/01/2012 | 06/23/2012 |
| Three for the Show 00:50:43 | 09/24/2012 | 09/28/2012 | 09/29/2012 |
| Tiffany Sex With A Supermodel 22:20:32 | 02/23/2011 | 11/21/2011 | 06/12/2012 |
| Tiffany Teenagers in Love 01:39:04 | 12/29/2010 | 11/20/2011 | 05/07/2012 |
| Unbelievably Beautiful 00:39:55 | 08/24/2012 | 09/10/2012 | 08/30/2012 |
| Wild Things 19:08:28 | 10/05/2012 | 10/07/2012 | 10/05/2012 |
| Yoga in the Sky 05:05:15 | 06/27/2012 | 06/29/2012 | 11/02/2012 |
| Young Passion 03:15:46 | 10/17/2012 | 10/26/2012 | 11/03/2012 |

EXHIBIT B

NIL30

**Total Statutory Copyright Infringements for Doe #21:  20**

Doe #22

| Title | Date First Pub | | Regis Date |
|---|---|---|---|
| | **Infringement Date** | | |
| Dangerous Game 18:38:43 | 10/10/2012 | 10/14/2012 | 11/05/2012 |
| First Love 19:03:55 | 09/05/2012 | 09/25/2012 | 11/05/2012 |
| Girls Night Out 11:09:45 | 11/14/2011 | 11/23/2011 | 06/05/2012 |
| Introducing Veronika 17:17:00 | 02/17/2012 | 02/21/2012 | 05/10/2012 |
| Kristen Girl Next Door 17:12:21 | 08/25/2010 | 11/18/2011 | 11/05/2012 |
| Like The First Time 07:14:18 | 02/29/2012 | 02/29/2012 | 05/13/2012 |
| Side by Side 06:02:01 | 09/03/2012 | 09/19/2012 | 11/05/2012 |
| Tiffany Sex With A Supermodel 11:06:10 | 02/23/2011 | 11/21/2011 | 06/05/2012 |
| Unbelievably Beautiful 15:08:03 | 08/24/2012 | 09/10/2012 | 11/06/2012 |

**Total Statutory Copyright Infringements for Doe #22:  9**

EXHIBIT B

NIL30

Doe #23

| Title | Date First Pub Infringement Date | | Regis Date |
|---|---|---|---|
| Backstage 01:38:38 | 07/17/2012 | 07/18/2012 | 09/13/2012 |
| Dangerous Game 01:36:37 | 10/10/2012 | 10/14/2012 | 10/17/2012 |
| First Love 01:45:45 | 09/05/2012 | 09/25/2012 | 09/13/2012 |
| Happy Couple 00:56:56 | 06/25/2012 | 06/25/2012 | 09/13/2012 |
| MaryJane Young Love 01:00:46 | 08/15/2011 | 11/23/2011 | 09/13/2012 |
| Positively In Love 01:11:52 | 07/04/2012 | 07/11/2012 | 09/13/2012 |
| The Rich Girl Part #2 01:06:29 | 11/16/2011 | 11/30/2011 | 10/17/2012 |
| Three for the Show 19:44:42 | 09/24/2012 | 09/28/2012 | 10/13/2012 |
| Tiffany Teenagers in Love 00:54:07 | 12/29/2010 | 11/20/2011 | 10/17/2012 |
| Wild Things 19:47:34 | 10/05/2012 | 10/07/2012 | 10/13/2012 |
| Young Passion 01:22:10 | 10/17/2012 | 10/26/2012 | 10/20/2012 |

**Total Statutory Copyright Infringements for Doe #23:  11**

EXHIBIT B

NIL30