IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, : | |
| : | |
| Plaintiff, : | |
| v. : | Civil Action No. 1:12-cv-09724 |
| : | |
| JOHN DOES 1-23, : | Judge Sharon Johnson Coleman |
| : | |
| Defendants. : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 18 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 18 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 18 was assigned the IP Address 71.239.35.126. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 18 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: April 30, 2013

Respectfully submitted,

By: ___/s/ *Mary K. Schulz*___
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260

                                                          Geneva, IL 60134
                                                          Phone: 224-535-9510
                                                          Email: SchulzLaw@me.com
                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                          By: /s/ *Mary K. Schulz*_____
                                                          Mary K. Schulz